UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY MISKE, and HELEN
MISKE,

      Plaintiffs,

v.                                CASE NO.: 8:07-CV-2182-T-23MAP

MONACO COACH CORPORATION, and
DETROIT DIESEL CORPORATION,

      Defendants.
_____/

## **ORDER**

      THIS CAUSE is before the Court on Defendant Monaco's Motion for Relief Under Fed.R.Civ.P. 37 for Plaintiffs' Failure to Provide Discovery (doc. 21).  Defendant asserts Plaintiff has failed to properly and completely comply with Fed.R.Civ.P. 26(a)(1)'s disclosure requirements concerning computation of damages and seeks entry of an order preventing Plaintiff from pursuing any past, present, or continuing economic damages claims per Fed.R.Civ.P. 37(b)(2)(B).

      As discussed at the hearing on this matter, this Court has already warned Plaintiff about its' broad discretion to control discovery, including the ability to impose sanctions on uncooperative litigants.  First, Plaintiff neglected to respond to Defendant's discovery requests (see doc. 15, order granting Defendant's motion to compel responses to discovery).  This time, Plaintiff failed to timely and sufficiently provide a computation of their claimed damages as required by Fed.R.Civ.P. 26(a)(1)(C) which were due on January 18, 2008, pursuant to the parties' case management report adopted by the district judge by order dated on January 17, 2008 (doc. 13).  Because this Court already warned Plaintiffs that

they should be on notice that continued failure to provide responses to discovery and to comply with this Court's orders may result in sanctions, it is hereby

ORDERED that:

1. Defendant Monaco's Motion for Relief Under Fed.R.Civ.P. 37 for Plaintiffs' Failure to Provide Discovery (doc. 21) is granted to the extent that Defendant Monaco is awarded its reasonable costs and attorney fees incurred in filing its motion (doc. 21) and attending the hearing. As stated at the hearing, the award of sanctions will be held in abeyance for ten (10) days from the date of this Order to allow completion of the parties' settlement agreement.

2. Within 10 days from the date of this Order, Plaintiff is directed to file either a notice of settlement or its complete Rule 26(a)(1)(C) disclosures. In the event that the parties reach a settlement within 10 days from the date of this Order, I will consider suspending the award of sanctions.

DONE and ORDERED in chambers at Tampa, Florida on this 4th day of April, 2008.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE